THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JACQUE CARR,<br><br>                Plaintiff,<br><br>v.<br><br>SALT LAKE CITY POLICE DEP'T et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:22-cv-00384 DBB<br><br>District Judge David Barlow |

      On August 3, 2023, the Court ordered Plaintiff to within thirty days show cause why the Amended Complaint, (ECF No. 23), should not be dismissed for failure to state a claim upon which relief may be granted. (ECF No. 26.) The Court gave a detailed analysis explaining the claims' invalidity. (*Id.*) Plaintiff has not responded and has not been heard from in this case since Plaintiff filed a change of address on June 20, 2023, more than two months ago. (ECF No. 25.) The analysis in the Order to Show Cause therefore stands unchallenged. (ECF No. 26.)

      Based on that analysis, IT IS ORDERED that this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C.S. § 1915(e)(2)(B)(ii) (2023). Having dismissed the federal claims with prejudice, the court declines to exercise supplemental jurisdiction over any state law claims.

      DATED this 6th day of September, 2023.

                            BY THE COURT:

                            _____<br>
                            DISTRICT JUDGE DAVID BARLOW<br>
                            United States District Court